COMMONWEALTH of Pennsylvania, Petitioner

v.

Justin WEIGLE, Respondent.

Supreme Court of Pennsylvania.

Dec. 17, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 17th day of December 2008, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by the Commonwealth, is:

Whether the Superior Court erred in holding that robbery and retail theft are not cognate offenses, and that, consequently, where only retail theft and assault have been alleged, the Commonwealth cannot add a robbery charge?